| **Fill in this information to identify the case:** |
|---|
| Debtor 1: Eugene P. Brickner, III |
| Debtor 2: <br>(Spouse, if filing) |
| United States Bankruptcy Court for the Northern District of Ohio, Western Division |
| Case number: 13-34132 maw |

Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

| **Name of creditor:** | Secretary of Veterans Affairs of Washington, D.C. his successors and/or assigns / BSI Financial Services | **Court claim no.** (if known): 4 |
|---|---|---|

**Last 4 digits** of any number you use to identify the debtor's account: 7242

**Property address:** 2589 South Twp Road 1189, Tiffin OH 44883
Number/ Street / City / State / Zip

## Part 2: Cure Amount

**Total cure disbursements made by the trustee**

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | a) $ | 925.25 |
| b. | Prepetition arrearage paid by the trustee: | b) $ | 925.25 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | c) $ | .00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | d) $ | .00 |
| d. | Allowed postpetition arrearage: | e) $ | .00 |
| e. | Postpetition arrearage paid by the trustee: | f) $ | .00 |
| g. | **Total**. Add lines b, d, and f. | g) $ | 925.25 |

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Mortgage is paid through the trustee.

    Current monthly mortgage payment: $___

    The next postpetition payment is due on: __ / __ / 20__
                                                MM / DD / YYYY

☒ Mortgage is paid directly by the debtor(s).

## Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/____Elizabeth A. Vaughan
Signature, Standing Chapter 13 Trustee

Trustee    Elizabeth A. Vaughan

Address    316 N. Michigan St., Suite 501
           Toledo OH 43604

Contact phone    (419) 255-0675

**CERTIFICATE OF SERVICE**

I certify that on October 17, 2018, a true and correct copy of the TRUSTEE'S NOTICE OF FINAL CURE MORTGAGE PAYMENT was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Nathaniel E. Spitler, on behalf of Debtor(s), at nspitler@spitlerhuffmanlaw.com

 D. Anthony sottile, Sottile & Barile, Attys at Law, on behalf of Claimant Secretary of Veterans Affairs of Washington D.C., at bankruptcy@sottileandbarile.com

United States Trustee, at ustp.region09@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Eugene P. Brickner, III
2589 South Twp Rd. 1189
Tiffin, Oh 44883
Debtor(s)

BSI Financial Services
1425 Greenway Drive, #400
Irving, TX 75038
Claimant (Notice Address)

BSI Financial Services
Attn: Payment Processing Dept
P.O. Box 679002
Dallas, TX 75267-9002
Claimant (Payment Address)

/s/    Elizabeth A. Vaughan
Elizabeth A. Vaughan,
Standing Chapter 13 Trustee

Form 4100N                    **Notice of Final Cure Payment**                    page **3**

13-34132-maw    Doc 43    FILED 10/17/18    ENTERED 10/17/18 17:18:43    Page 3 of 4

| | | | | | | **CASE NUMBER** | 1334132 | | |
|---|---|---|---|---|---|---|---|---|---|
| **DISBURSEMENTS** | | | | | | | | | |
| through 10/17/2018 | | | | | | **DEBTOR** | BRICKNER, III, EUGENE P. | | |
| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 004 | 1 | 07.31.2014 | 14_07 | RESIDENTIAL CREDIT SOLUTIO | System Disbursement | 347364 | 6.93 | 6.93 | 0.00 |
| Cleared: 08.20.2014 | | | Posted: 07.31.2014 | | P O BOX 163229  FORT WORTH  TX  76161- | | | | | |
| 3 | 004 | 1 | 06.30.2014 | 14_06 | RESIDENTIAL CREDIT SOLUTIO | System Disbursement | 340492 | 586.44 | 586.44 | 0.00 |
| Cleared: 07.23.2014 | | | Posted: 06.30.2014 | | P O BOX 163229  FORT WORTH  TX  76161- | | | | | |
| 3 | 004 | 1 | 04.30.2014 | 14_04 | RESIDENTIAL CREDIT SOLUTIO | System Disbursement | 326208 | 331.88 | 331.88 | 0.00 |
| Cleared: 05.21.2014 | | | Posted: 04.30.2014 | | P O BOX 163229  FORT WORTH  TX  76161- | | | | | |

|  |  |
|---|---|
| **Total Principal** | 925.25 |
| **Total Interest** | 0.00 |
| **Total** | 925.25 |

Date Printed    10/17/2018                    Ref Number = 3                    Page 1 of 1